R.E. WR-81,925-01

2-7-2015

81,925-01

Dear Sir,

I am writeing about how my case of Writ of Habeas Corpus. cause no. 30519A-CC. comming along. Have they decided to help. I don't know anything about this part of Law. my letter states that 90 days were to resolved from Sept 17, 2014 and that they had an addisonal 120 days with permisson of extensions to be obtained from this court, and its been over 120 days, does that mean that they are still looking at it, or what, please help. and let me know if I can be of any help. I do so hope that I have a chance, Please let me know where I stand and what to look foward to

Thank You
In apperication, I am

Gary L. Myre
#1788464

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

P.S.

I hope I did the 11.07 right.

Let me know something.
God Bless